UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LONNIE TAYLOR and | ) | |
| VIRGINIA TAYLOR, h/w | ) | |
| Plaintiffs | ) | Case Number: 09-1969 |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | |
| MANN BRACKEN, LLP | ) | |
| Defendant | ) | |

## CONSENT JUDGMENT

Plaintiff, Lonnie Taylor has filed a Complaint alleging violations of 11 U.S.C. §1692, the Fair Debt Collection Practices Act. Defendant, Mann Bracken, LLP hereby agrees to the entry of this Consent Judgment without contest. It is, therefore:

**ORDERED**, that judgment will be entered in favor of Plaintiff, Lonnie Taylor, and against Defendant, Mann Bracken, LLP in the amount of $2,500.00 plus attorneys fees of $900.00 and costs of $180.00 for a total of $3,580.00.

Warren & Vullings, LLP

Date: 2/3/10      BY: */s/ Brent F. Vullings*
                  Brent F. Vullings, Esquire
                  Attorney for Plaintiff, Lonnie Taylor


Law Offices of Ronald S. Canter, LLC

Date:  2/3/10     BY: */s/ Ronald S. Canter*
                  Ronald S. Canter, Esquire
                  Attorney for Defendant, Mann Bracken, LLP

**SO APPROVED:**

**Date:2/16/10**      _s/      Yvette      Kane_____
                  **Honorable Yvette Kane, USDC**